

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE ARTHUR DODSON III,

    Defendant.
_____/

Case:2:11-cr-20548
Judge: Cox, Sean F.
MJ: Michelson, Laurie J.
Filed: 09-01-2011 At 04:18 PM
INDI USA V GEORGE ARTHUR DODSON III
(EB)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(18 U.S.C. § 922(o) -- *Unlawful Transfer of a Machinegun*)

From on or about March 7, 2011, to on or about March 21, 2011, in the Eastern District of Michigan, the defendant, GEORGE ARTHUR DODSON III, unlawfully transferred a machinegun (as defined in Title 26, United States Code, Section 5845(b)), that is, one drop-in auto sear bearing no serial number, in violation of Title 18, United States Code, Section 922(o).

## COUNT TWO

(26 U.S.C. § 5861(d) -- *Possession of an Unregistered Firearm*)

From on or about March 7, 2011, to on or about March 21, 2011, in the Eastern District of Michigan, the defendant, GEORGE ARTHUR DODSON III, did knowingly possess a machinegun (as defined in Title 26, United States Code, Section 5845(b)), that is, one drop-in auto sear bearing no serial number, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d), and with penalties stated in Title 26, United States Code, Section 5871.

THIS IS A TRUE BILL

s/Grand Jury Foreperson
Grand Jury Foreperson

BARBARA L. McQUADE
United States Attorney

s/Kevin M. Mulcahy
KEVIN M. MULCAHY
Assistant United States Attorney
Chief, General Crimes Unit

September 1, 2011

| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Case: 2:11-cr-20548<br>Judge: Cox, Sean F.<br>MJ: Michelson, Laurie J.<br>Filed: 09-01-2011 At 04:18 PM<br>INDI USA V GEORGE ARTHUR DODSON III<br>(EB) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to cor

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008 [ ]

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes        X☐ No | **AUSA's Initials:** KMM |

**Case Title:** USA v. D-1 **GEORGE ARTHUR DODSON III**

**County where offense occurred :** WAYNE

**Check One:**        X☐ Felony        ☐ Misdemeanor        ☐ Petty

_____Indictment/_____Information --- no prior complaint.
**X Indictment/**_____Information --- based upon prior complaint [Case number: 11-30437 ]
_____Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

September 1, 2011
Date

S/Kevin M. Mulcahy
KEVIN M. MULCAHY
Assistant United States Attorney
Chief General Crimes Unit
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9713
Fax: (313) 226-2372
E-Mail address: kevin.mulcahy@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09