UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         CRIMINAL NO. 11-20548

v.                                         HONORABLE SEAN F. COX

GEORGE ARTHUR DODSON III,

        Defendant.

_____/

## PRELIMINARY EXHIBIT LIST

NOW COMES the United States of America, by and through its undersigned attorneys, and submits for the Court's consideration this preliminary exhibit list. The Government requests leave to amend this exhibit list prior to the start of trial. This Exhibit List is in numerical order, except for the machine guns and silencer charged in the First Superseding Indictment that do not bear a serial number and instead were provided unique ATF Exhibit numbers. For the jury and the Court's ease and to avoid confusion, those exhibits are given the same unique ATF Exhibit Numbers from the First Superseding Indictment in the attached Exhibit List.

                                                                         Respectfully submitted,

                                                                         BARBARA L. MCQUADE
                                                                         United States Attorney

                                                                         <u>s/Kevin M. Mulcahy</u>

                                                                         KEVIN M. MULCAHY
                                                                         DOUGLAS C. SALZENSTEIN
                                                                         Assistant United States Attorneys
                                                                         211 W. Fort Street, Suite 2001
                                                                         Detroit, MI  48226
                                                                         Phone: (313) 226-9713

Dated: May 3, 2012

## PRELIMINARY EXHIBIT LIST

| Exhibit Number | Identification of Exhibit | Witness |
|---|---|---|
| 1 | Mega Machine, Model M.M.S., .223 Caliber Rifle, bearing serial number MGA0104 | Leslie Larson |
| 2 | Photograph of government's exhibit #1 as found at 6021 Tomer Road, Clayton Michigan | Leslie Larson |
| 3 | Napkin with Su Press On contact information | Leslie Larson |
| 4 | Photograph of George Dodson's Apartment Building | Leslie Larson |
| 5 | Photograph of George Dodson mailing DIAS at the post office | Leslie Larson |
| 6 | Photograph of George Dodson mailing DIAS at the post office | Leslie Larson |
| 7 | Video of Special Agent Brian Luetke test firing government's exhibit #1 | Brian Luetke |
| 8 | Shotgun news advertisement for Su Press On | Brian Luetke |
| 9 | Copy of the envelope sent to Defendant from Special Agent Brian Luetke, using the undercover persona of "Jeff Allen," purchasing a DIAS in response to Shotgun News Ad | Brian Luetke |
| 10 | Copy of the Money Order sent by Jeff Allen to Su Press On, in the amount of $105 on March 7, 2011 | Brian Luetke |
| 11 | Original of the receipt of the Money Order in government's exhibit #10 | Brian Luetke |
| 12 | Envelope addressed to Jeff Allen from Su-Press-On with Postal Stamp dated March 17 | Brian Luetke |
| 13 | Su-Press-On Handout that came inside government's exhibit 12 | Brian Luetke |
| 14 | Drop-In-Auto-Sear sent by Dodson to Jeff Allen, contained within government's exhibit 12 | Brian Luetke |
| 15 | Video of George Dodson at the Knob Creek (Kentucky) machine gun shoot | Brian Luetke |

| | | |
|---|---|---|
| 16 | Photograph of Dodson's Briefcase from 8/16/11 with contents shown | Brian Luetke |
| 17 | George Dodson's briefcase (which contained contents) | Brian Luetke |
| 17A | 2011 pocket calendar (inside of briefcase) | Brian Luetke |
| 17B | Comerica checkbook for Su-Press-On checks (inside of briefcase) | Brian Luetke |
| 17C | Comerica deposit book (inside of briefcase) | Brian Luetke |
| 17D | Notebook of Dodson's writings (inside of briefcase) | Brian Luetke |
| 17E | Bank stamp with Su-Press-On account number (inside of briefcase) | Brian Luetke |
| 313 | DIAS and packaging ready for shipment to "Chet Dewey" of Oklahoma (found inside of George Dodson's briefcase at time of arrest) | Brian Luetke |
| 314 | 1 of 2 DIASs and packaging ready for shipment to "Jacob Whitehead" of Oklahoma (found inside of George Dodson's briefcase at time of arrest) | Brian Luetke |
| 315 | 2 of 2 DIASs removed from package ready for shipment to "Jacob Whitehead" of Oklahoma (found inside of George Dodson's briefcase at time of arrest) | Brian Luetke |
| 18 | Stack of opened envelopes mailed to Su-Press-On, including Jeff Allen envelope | Brian Luetke |
| 19 | United States Postal Service Insured Mail Receipts for 2006-2011, including one in large envelope with writing on the envelope | Brian Luetke |
| 19A | United States Postal Service Insured Mail Receipt for "Jeff Allen" | Brian Luetke |
| 19B | United States Postal Service Insured Mail Receipt for "Mr. Azuurlin" of 6021 Tomer Road, Clayton, Michigan | Brian Luetke |
| 19C | United States Postal Service Insured Mail Receipt for "Rafael Estevez" of Moreno Valley, California | Brian Luetke |
| 20 | Picture of stack of fliers for Su-Press-On from living room cabinet | Brian Luetke |

| 21 | Stack of fliers for Su-Press-On from living room cabinet | Brian Luetke |
|----|----|----|
| 22 | Orange hats and shirts with Supercrank on them | Brian Luetke |
| 23 | Photograph #1 of Dodson's show kit from 8/16/11 | Brian Luetke |
| 24 | Photograph #2 of Dodson's show kit from 8/16/11 | Brian Luetke |
| 25 | Photograph #3 of Dodson's show kit from 8/16/11 | Brian Luetke |
| 26 | Dodson's show kit | Brian Luetke |
| 51A | DIAS recovered from Dodson's show kit on 8/16/11 with original bag containing all of Exhibits 51A-51N | Brian Luetke |
| 51B | DIAS recovered from Dodson's show kit on 8/16/11 | Brian Luetke |
| 51C | DIAS recovered from Dodson's show kit on 8/16/11 | Brian Luetke |
| 51D | DIAS recovered from Dodson's show kit on 8/16/11 | Brian Luetke |
| 51E | DIAS recovered from Dodson's show kit on 8/16/11 | Brian Luetke |
| 51F | DIAS recovered from Dodson's show kit on 8/16/11 | Brian Luetke |
| 51G | DIAS recovered from Dodson's show kit on 8/16/11 | Brian Luetke |
| 51H | DIAS recovered from Dodson's show kit on 8/16/11 | Brian Luetke |
| 51I | DIAS recovered from Dodson's show kit on 8/16/11 | Brian Luetke |
| 51J | DIAS recovered from Dodson's show kit on 8/16/11 | Brian Luetke |
| 51K | DIAS recovered from Dodson's show kit on 8/16/11 | Brian Luetke |
| 51L | DIAS recovered from Dodson's show kit on 8/16/11 | Brian Luetke |
| 51M | DIAS recovered from Dodson's show kit on 8/16/11 | Brian Luetke |
| 51N | DIAS recovered from Dodson's show kit on 8/16/11 | Brian Luetke |
| 27 | Talley sheet showing sales of DIASs | Brian Luetke |
| 28 | Envelope addressed to Su-Press-On at his PO Box, containing a templates for Sten receiver, with the words "Sten Stuff" on the back | Brian Luetke |
| 29 | Book called "How to Make Disposable Silencers" | Brian Luetke |
| 30 | Dodson writings regarding "Low Boy" silencer | Brian Luetke |
| 31 | Su-Press-On informational material on silencer | Brian Luetke |

| 32 | Silencer from basement storage unit (described in indictment as "a metal cylindrical device approximately 4 1/8 inches in length and 1 1/8 inches in diameter") | Brian Luetke |
|---|---|---|
| 33 | Picture of tools on living room table #1 | Brian Luetke |
| 34 | Picture of tools on living room table #2 | Brian Luetke |
| 35 | Picture of DIAS drawing on living room table | Brian Luetke |
| 36 | Bag of tools seized from living room table | Brian Luetke |
| 37 | Picture of drill press 1 | Brian Luetke |
| 38 | Picture of drill press 2 | Brian Luetke |
| 39 | Picture of drill press 3 | Brian Luetke |
| 40 | Picture of the digital height gauge | Brian Luetke |
| 41 | Picture of the grinder | Brian Luetke |
| 42 | Skematics for DIASs | Brian Luetke |
| 43 | Book called "Semi Full Auto: AR15 Modification Manual" | Brian Luetke |
| 44 | Book called "Converting the Armolite AR 180 Rifle to Full Auto With the Invisible Drop In" | Brian Luetke |
| 45 | Book called "Converting the Colt AR15 Rifle from Semi-Automatic to Full Auto with this Invisible Drop In" | Brian Luetke |
| 46 | Money Order from Dodson's bank account for the DIAS sold to 6021Tomer Road | Jason Cox |
| 47 | Money Order from Dodson's bank account for the DIAS sold to Jeff Allen | Jason Cox |
| 48 | Money Order from Dodson's bank account for the DIAS sold to Rafael Estevez | Jason Cox |
| 49 | Bank Statement for George Dodson's Su-Press-On Account | Jason Cox |
| 50 | Tumbler seized from Metro Storage Facility | Jason Cox |
| 51 | Picture #1 of firearms and ammunition seized from U-Haul Storage Facility | Jason Cox |

| 52 | Picture #2 of firearms and ammunition seized from U-Haul Storage Facility | Jason Cox |
|---|---|---|
| 53 | Picture #3 of firearms and ammunition seized from U-Haul Storage Facility | Jason Cox |
| 54 | "SPO" metal punch found at U-Haul Storage Facility | Jason Cox |
| 55 | Bag of gun parts found at U-Haul Storage Facility | Jason Cox |
| 56 | Drill bit found at U-Haul Storage Facility | Jason Cox |
| 283A | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 283B | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 283C | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 284 | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 285 | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 286 | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 287 | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 288 | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 289 | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 290 | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 292 | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 293 | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 294 | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 295 | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 296 | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 297 | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 298 | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 299 | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 300 | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 301 | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 302 | DIAS seized from U-Haul Storage Facility | Jason Cox |

| | | |
|---|---|---|
| 303 | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 304 | DIAS seized from U-Haul Storage Facility | Jason Cox |
| 79 | Model 1919-type .30 caliber firearm, bearing no serial number | Jason Cox |
| 57 | Maxim-type, 7.62x 54R caliber firearm, bearing serial number ЖМ79 | Jason Cox |
| 58 | Model M2-type .50 BMG caliber firearm, bearing serial number SA0001 | Jason Cox |
| 242 | STEN-type 9mm caliber firearm, bearing no serial number | Jason Cox |
| 243 | .45 caliber firearm, of unknown manufacturer, and bearing no serial number | Jason Cox |
| 275 | Model M3A1 .45 ACP caliber receiver, bearing an obliterated serial number | Jason Cox |
| 277 | Model M3A1 .45 ACP caliber receiver, bearing an obliterated serial number | Jason Cox |
| 278 | Model M3A1 .45 ACP caliber receiver, bearing an obliterated serial number | Jason Cox |
| | | |
| 59 | Summary Exhibit #1: Description of the Su-Press-On Comerica Bank Account activity | David Dibiasi |
| 60 | Summary Exhibit #2: 2006 Money Order Deposits | David Dibiasi |
| 61 | Summary Exhibit #3: 2007 Money Order Deposits | David Dibiasi |
| 62 | Summary Exhibit #4: 2008 Money Order Deposits | David Dibiasi |
| 63 | Summary Exhibit #5: 2009 Money Order Deposits | David Dibiasi |
| 64 | Summary Exhibit #6: 2010 Money Order Deposits | David Dibiasi |
| 65 | Summary Exhibit #7: 2011 Money Order Deposits | David Dibiasi |
| 66 | Summary Exhibit #8: Money Order Summary Deposits | David Dibiasi |
| 67 | Summary Exhibit #9: Bar Chart of DIASs sold | David Dibiasi |
| 68 | Certified Copy of Su-Press-On's 2009 Michigan Individual Tax Returns and Supporting Documents | David Dibiasi |

| 69 | Certified Copy of Su-Press-On's 2010 Michigan Individual Tax Returns and Supporting Documents | David Dibiasi |
|---|---|---|
| 70 | Picture of boiler room | Jameel Gobah |
| 71 | Picture of door inside boiler room | Jameel Gobah |
| 72 | Picture of lock on door inside boiler room | Jameel Gobah |
| 73 | CV of Michael Powell | Michael Powell |
| 74 | Animation of the DIAS and how it works | Michael Powell |
| 75 | Slides comparing M16 parts and AR15 parts | Michael Powell |
| 76 | Cutaway M16 demonstrative exhibit | Michael Powell |
| 77 | CV of Christopher Bartocci | Christopher Bartocci |
|  |  |  |
|  |  |  |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Sanford Schulman

<div style="margin-left: 40%;">
s/Kevin M. Mulcahy  
KEVIN M. MULCAHY  
Assistant United States Attorney  
211 W. Fort Street, Suite 2001  
Detroit, MI  48226  
Phone: (313) 226-9713
</div>